**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (9/97)      Case Number **05–49232 RN 7**

# UNITED STATES BANKRUPTCY COURT
Northern District of California (Oakland)

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 10/16/05.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

| Debtor(s) (name(s) and address):<br>Matthew J Snodgrass<br>7325–D Parkwood Circle<br>Dublin, CA 94568 | Denise V Ortiz<br>7325–D Parkwood Circle<br>Dublin, CA 94568 |
|---|---|
| Case Number:<br>05–49232 | Social Security/Taxpayer ID Nos.:<br>xxx–xx–2479<br>xxx–xx–1814 |
| Attorney for Debtor(s) (name and address):<br>Barbara A. Smart<br>Smart Legal Services<br>22693 Hesperian Blvd. #210<br>Hayward, CA 94541<br>Telephone number: (510) 670–0101 | Bankruptcy Trustee (name and address):<br>Tevis Thompson<br>P.O. Box 1110<br>Martinez, CA 94553<br>Telephone number: 925–228–0120 |

### Meeting of Creditors:
Date: **November 22, 2005**                Time: **04:00 PM**

Location: **Office of the U.S. Trustee, 1301 Clay St. Room 680N, Oakland, CA 94612**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: 1/23/06**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:**<br>1300 Clay Street (94612)<br>Post Office Box 2070<br>Oakland, CA 94604–2070<br>Telephone number: 510–879–3600 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Gloria L. Franklin |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:30 PM | Date: 10/17/05 |

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government–issued photo identification and proof of social security number to the trustee at the meeting of creditors.

# EXPLANATIONS

FORM B9A (9/97)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |

—— Refer to Other Side for Important Deadlines and Notices ——

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0971-4          User: lfelix            Page 1 of 1              Date Rcvd: Oct 18, 2005
Case: 05-49232                Form ID: B9A            Total Served: 22

The following entities were served by first class mail on Oct 20, 2005.
db          +Denise V Ortiz,    7325-D Parkwood Circle,    Dublin, CA 94568-3392
db          +Matthew J Snodgrass,    7325-D Parkwood Circle,    Dublin, CA 94568-3392
aty         +Barbara A. Smart,    Smart Legal Services,    22693 Hesperian Blvd. #210,    Hayward, CA 94541-7046
tr          +Tevis Thompson,    P.O. Box 1110,    Martinez, CA 94553-0166
smg          CA Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
              Sacramento, CA  94280-0001
smg         +Labor Commissioner,    1515 Clay St.,    Room 801,    Oakland, CA 94612-1463
smg         +State Board of Equalization,    Collection Dept.,    P.O. Box 942879,    Sacramento, CA 94279-0001
ust         +Office of the U.S. Trustee /Oak,    Office of the U.S. Trustee,    1301 Clay St. #690N,
              Oakland, CA 94612-5231
8343664     +Best Buy,    PO Box 60148,    City Of Industry, CA 91716-0148
8343666     +Citi Bank,    PO Box 6414,    The Lakes, NV 88901-6414
8343667     +Columbia House,    1400 North Fruitridge Ave.,    Terre Haute, IN 47811-0100
8343668     +Credit Receivables, Inc.,    PO Box 2689,    Suwanee, GA 30024-0984
8343670     +Fleet/Bank of America,    PO Box 17192,    Wilmington, DE 19850-7192
8343671     +GM Card,    PO Box 80082,    Salinas, CA 93912-0082
8343673     +Keypoint Credit Union,    2805 Bowers Avenue,    Santa Clara, CA 95051-0917
8343676     +Pacific Service Credit Union,    PO Box 8191,    Walnut Creek, CA 94596-8191

The following entities were served by electronic transmission on Oct 19, 2005 and receipt of the transmission
was confirmed on:
tr          +EDI: QTTTHOMPSON.COM Oct 19 2005 06:07:00     Tevis Thompson,    P.O. Box 1110,
              Martinez, CA 94553-0166
smg          EDI: CALTAX.COM Oct 19 2005 06:07:00     CA Franchise Tax Board,
              Special Procedures Bankruptcy Unit,    P.O. Box 2952,    Sacramento, CA  95812-2952
8343665     +EDI: CHASE.COM Oct 19 2005 06:06:00     Chase,    PO Box 15902,    Wilmington, DE 19850-5902
8343669     +EDI: WELTMAN.COM Oct 19 2005 06:06:00     Dell,    PO Box 6403,    Carol Stream, IL 60197-6403
8343669     +E-mail: ebndell@weltman.com Oct 19 2005 01:01:30     Dell,    PO Box 6403,
              Carol Stream, IL 60197-6403
8343670     +EDI: BANKAMFLEET.COM Oct 19 2005 06:07:00     Fleet/Bank of America,    PO Box 17192,
              Wilmington, DE 19850-7192
8343672      EDI: IRS.COM Oct 19 2005 06:07:00     IRS,    Fresno IRS Center,    Fresno, CA 93888-0021
8343674     +EDI: WTRWFNNB.COM Oct 19 2005 06:07:00     Lane Bryant,    PO Box 182283,    Columbus, OH 43218-2283
8343675     +EDI: TSYS2.COM Oct 19 2005 06:08:00     Macy's,    PO Box 4561,    Carol Stream, IL 60197-4561
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 20, 2005**          Signature:   *Joseph Speetjens*