Form ODSC7fi

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (Oakland)

| | |
|---|---|
| In re:<br>    Matthew J. Snodgrass<br>    7325−D Parkwood Circle<br>    Dublin, CA 94568<br><br>    Denise V. Ortiz<br>    7325−D Parkwood Circle<br>    Dublin, CA 94568<br>                    Debtor(s)<br><br>**Debtor/Joint Debtor Social Security Number(s):**<br>   xxx−xx−2479<br>   xxx−xx−1814 | Case Number:   05−49232 RN 7<br>Chapter:   7 |

## DISCHARGE OF DEBTOR AND FINAL DECREE

   It appearing that the debtor(s) is/are entitled to a discharge, **IT IS ORDERED** :
The debtor(s) is/are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

   It further appears that the trustee, Tevis Thompson in the above−entitled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

   ORDERED that the chapter 7 case of the above−named debtor is closed; that the Trustee is discharged and relieved of said trust.


Dated: 1/26/06                    By the Court:


                                  Randall J. Newsome
                                  United States Bankruptcy Judge


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Doc # 6

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* A creditor who violates this order can be required to pay damages and attorney's fees to the debtor. [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the discharged the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after 10/17/2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0971-4           User: lfelix              Page 1 of 1              Date Rcvd: Jan 26, 2006
Case: 05-49232                 Form ID: ODSC7fi          Total Served: 19

The following entities were served by first class mail on Jan 28, 2006.
db          +Denise V. Ortiz,    7325-D Parkwood Circle,    Dublin, CA 94568-3392
db          +Matthew J. Snodgrass,    7325-D Parkwood Circle,    Dublin, CA 94568-3392
smg          CA Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
              Sacramento, CA  94280-0001
smg         +Labor Commissioner,    1515 Clay St.,    Room 801,    Oakland, CA 94612-1463
smg         +State Board of Equalization,    Collection Dept.,    P.O. Box 942879,    Sacramento, CA 94279-0001
8343664     +Best Buy,    PO Box 60148,    City Of Industry, CA 91716-0148
8343666     +Citi Bank,    PO Box 6414,    The Lakes, NV 88901-6414
8343667     +Columbia House,    1400 North Fruitridge Ave.,    Terre Haute, IN 47811-0100
8343668     +Credit Receivables, Inc.,    PO Box 2689,    Suwanee, GA 30024-0984
8343670     +Fleet/Bank of America,    PO Box 17192,    Wilmington, DE 19850-7192
8343671     +GM Card,    PO Box 80082,    Salinas, CA 93912-0082
8343673     +Keypoint Credit Union,    2805 Bowers Avenue,    Santa Clara, CA 95051-0917
8343676     +Pacific Service Credit Union,    PO Box 8191,    Walnut Creek, CA 94596-8191

The following entities were served by electronic transmission on Jan 27, 2006 and receipt of the transmission
was confirmed on:
smg           EDI: CALTAX.COM Jan 27 2006 06:21:00     CA Franchise Tax Board,
              Special Procedures Bankruptcy Unit,    P.O. Box 2952,    Sacramento, CA  95812-2952
8343665     +EDI: CHASE.COM Jan 27 2006 06:20:00      Chase,    PO Box 15902,    Wilmington, DE 19850-5902
8343669     +EDI: WELTMAN.COM Jan 27 2006 06:20:00      Dell,    PO Box 6403,    Carol Stream, IL 60197-6403
8343669     +E-mail: ebndell@weltman.com Jan 27 2006 09:30:48      Dell,    PO Box 6403,
              Carol Stream, IL 60197-6403
8343670     +EDI: BANKAMFLEET.COM Jan 27 2006 06:20:00      Fleet/Bank of America,    PO Box 17192,
              Wilmington, DE 19850-7192
8343672      EDI: IRS.COM Jan 27 2006 06:20:00     IRS,    Fresno IRS Center,    Fresno, CA 93888-0021
8343674     +EDI: WTRWFNNB.COM Jan 27 2006 06:20:00      Lane Bryant,    PO Box 182283,    Columbus, OH 43218-2283
8343675     +EDI: TSYS2.COM Jan 27 2006 06:21:00      Macy's,    PO Box 4561,    Carol Stream, IL 60197-4561
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 28, 2006          Signature:  *Joseph Speetjens*